E. A. ROBERTS, *et al.,* v. EBENEEZER WESLEYAN METHODIST CHURCH OF WEST PALM BEACH, *et al.*

191 So. 835
Division A
Opinion Filed November 10, 1939

*Clarence W. Nelson* and *Lewis W. Petteway,* for Appellants;

*A. S. Bussey,* for Appellees.

PER CURIAM.—The record and briefs in this case have been carefully examined and no error has been made clearly to appear; therefore, the comprehensive decree entered by the chancellor is affirmed.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.